United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR OROZCO RIVERA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD VALEIKA, et al.,<br><br>    Defendants. | Case No. 21-cv-04690-CRB<br><br>**JUDGMENT** |

Having granted without leave to amend Defendants' motion to dismiss, see Order Granting MTD (dkt. 20), the Court hereby enters judgment for Defendants and against Plaintiffs Hector Orozco Rivera and Barbara Membreño Cortes.

**IT IS SO ORDERED.**

Dated: October 21, 2021

CHARLES R. BREYER
United States District Judge